UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES WALLACE, et al., on behalf of himself and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | CASE NO. 3:26-cv-05329-BHS<br><br>ORDER |

THIS MATTER is before the Court on defendant General Motors LLC's motion for an extension of time to respond to plaintiffs' first amended complaint and other initial deadlines. Dkt. 7.

GM asks for a 60-day extension, until September 1, 2026, to respond to plaintiffs' first amended class action complaint. *Id.* at 1. It asserts its newly retained outside counsel requires the additional time to adequately prepare a response to the complaint and that the extension will not prejudice plaintiffs or unduly delay proceedings in this case. *Id.* at 3.

Plaintiffs do not oppose the 60-day extension. Dkt. 13 at 1. GM's request for a 60-day extension to respond to plaintiffs' first amended complaint is therefore **GRANTED**.

ORDER - 1

GM also asks to extend initial case management deadlines to 30 days after the Court rules on GM's forthcoming motion to dismiss. Dkt. 7 at 1. It contends that doing so promotes judicial economy because its motion to dismiss will assert dispositive jurisdictional defenses. *Id.* at 4.

Plaintiffs oppose this 30-day extension request, arguing that both parties are capable of complying with the Rule 26 related deadlines while the Court considers GM's motion to dismiss. Dkt. 13 at 1–2.

The Court agrees with plaintiffs on this point. It is the Court's standard practice to set initial case management deadlines notwithstanding the parties' preliminary motions practice. In arguing that its request furthers judicial economy, GM assumes, without even having filed its motion to dismiss, that its jurisdictional defenses will be successful. After it files the motion, if it has substantive reasons to request an extension again, it may do so. At this stage, the Court does not view extending the Rule 26 related deadlines as necessary or furthering judicial economy. GM's request to extend Rule 26 related deadlines is **DENIED**.

GM's motion for an extension of time is therefore **GRANTED in part** and **DENIED in part**.

IT IS SO ORDERED.

Dated this 9th day of June, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2